# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

### NEW CASES DOCKETED

Algire v Sparling......................19675
Atkins v State.......................19679
Baker et v Alexander.................19691
Bohem v Cols Ry P & L Co.............19681
Cinn Trac Co v Klinkenberg...........19682
Galloway v Indust Comm...............19676
Geller v Geller......................19689
Hecht v S S Krege Co.................19686
Jackson v Cedarville Bd of Ed........19688
Jennings v Thomas Mfg Co.............19687
Kunkle et v Popowich et..............19684
Mitchell Furn Co v Guffey............19683
Soyco Mills Co et v Wolf Co..........19680
State ex v Penn Rd Co................19690
Van Nostran et v Leubitz.............19677
Vinson v State.......................19677
Yazell v Findlay (City)..............19685

### March 10, 1926.

19675—Alta M Algire v B D Sparling, administrator of the estate of Sarah M Algire, deceased; motion for Hancock Appeals to certify. J E Betts, Findlay and G O Forquarson, Cleveland, for pltff; W H Kinder, Findlay, for deft.

19676—Elizabeth Galloway v Industtrial Commission of Ohio; motion for Hancock Appeals to certify. G H Phelps, Findlay, for pltff; C C Crabbe and R R Zarmehly, Columbus, for deft.

19677—Merritt A Vinson v State of Ohio; Motion for leave to file petition in error to the Cuyahoga Appeals. J G Price Columbus and J L Lind, Cleveland, for pltff; C C Crabbe, Columbus and J I Eagleson, Cleveland, for deft.

19678—Howard L Van Nostran and Mary A Van Nostran v Joseph Leubitz; motion for Stark Appeals to certify. Turner, Ake & Abt, Canton for pltff; Amerman & Mills, Canton, for deft.

19679—David Atkins v State of Ohio; Motion for leave to file petition in error to the Stark Appeals. F J Drukenbrod and Amerman & Mills, Canton, for pltff; C B McClintock, Canton, for deft.

### March 11, 1926

19680—Soyco Mills Co and Corporation Underwriters Syndicate v Wolf Company; motion for Drake Appeals to certify. G W Porter, Greenville, for pltff; F J Maher and L E Kerlin, Greenville, for deft.

19681—Louisa Boehm v Columbus Railway, Power & Light Co; motion for Franklin Appeals to certify. F S Monnett, Columbus, for pltff; Johnson, Sharp, Schooler & Toland, Columbus, for deft.

19682—Cincinnati Traction Co v Ella G Klinkenberg; motion for Hamilton Appeals to certify. DeCamp, Sutphin & Brumleve, Cincinnati, for pltff; Galvin & Bauer and B H Long, Cincinnati, for deft.

29683—Robert Mitchell Furniture Co v Clara Guffey; motion for Hamilton Appeals to certify. Buchwalter, Headley & Smith, Cincinnati for pltff; D D Woodmansee, Cincininati, for deft.

19684—Nettie Kunkle and Albert Kunkle v Michael Popowich, Dorinka Popowich and Exchange National Bank of Dover; motion for Tuscarawas Appeals to certify. Bowers & Bowers, New Philadelphia, for pltff; Seikel & Hill, New Philadelphia, for defts.

19685—Leonard H Yazell v City of Findlay; motion for Hancock Appeals to certify. Geo H Phelps, Findlay, for pltff; W S Snook, Findlay, for deft.

### March 13, 1926

19688—F A Jackson, County Treas of Greene County Ohio v Board of Education of Cedarville Twp. Greene county; motion for Greene Appeals to certify. J C Marshall, Xenia, for pltff; C C Crabbe and H H Griswold, Columbus, for deft.

### March 12, 1926.

19686—Harry Hecht v S S Kresge Co; motion for Hamilton Appeals to certify. J R Samuels, Cincinnati, for pltff; Frost & Jacobs and H J Siebenthaler, Cincinnati, for deft.

19687—Frank B Jennings v Thomas Mfg Co; motion for Montgomery Appeals to certify. ton, for pltff; Burkhart, Heald & Pickrel and McMahon, Corwin, Landis and Markham, Day-Mattern, Brumbaugh & Mattern, Dayton, for deft.

### March 15, 1926.

19689—Myrtle G Geller v Blanche I Geller; motion for Lucas Appeals to certify. Miller, Brady, Yager & Lerdy, Toledo, for pltff; Ritter & Brunsback, Toledo, for deft.

19690—State of Ohio ex rel, C C Crabbe, Attorney General v Pennsylvania Railroad Co; in mandamus. C C Crabbe, J C Williamson, Columbus, for pltff.

19691—Thomas Baker and John Fry v Laura Alexander et; motion for Richland Appeals to certify. Mansfield & Black and W H Lutz, Mansfield, for pltff; Brucker & Farber, Mansfield, for deft.

# PROCEEDINGS OF
# SUPREME COURT

### GENERAL DOCKET

Cincinnati Trac. Co. v. Kroger..........19235
List v Burley Tobacco Co-Op............19180
Lust v Farmers Bank & Sav. Co.........19215
Marcotuiseppe v State.................19205
Medbury et v Cleve. & Mah. Val. Ry.....19520
Schaffer v Shaffer....................19311
Slatmeyer v Indust. Comm..............19227
State v Krauss........................19368
State ex Firestone Co. v Indust. Com....19376
State ex South. Co. v Schlesinger.......19346
United States v State ex Price..........19534